IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| JORDAN SAELI, | ) |
| | ) |
| Plaintiff | ) 1:24-CV-00025-RAL |
| | ) |
| vs. | ) RICHARD A. LANZILLO |
| | ) Chief United States Magistrate Judge |
| GEICO ADVANTAGE INSURANCE COMPANY, | ) |
| | ) JUDGMENT |
| Defendant | ) |

This action was tried by a jury with Chief United States Magistrate Judge Richard A. Lanzillo presiding, and the jury has rendered a verdict for Plaintiff Jordan Saeli and against Defendant GEICO Advantage Insurance Company in the amount of $525,145.12. Pursuant to Defendant's unopposed motion, the Court molded the verdict to deduct the amount of $100,000.00 as a credit for the amount of the non-party tortfeasor's liability insurance coverage and therefore ordered that judgment be entered for Plaintiff Jordan Saeli and that she recover from Defendant Geico Advantage Insurance the amount of $425,145.12.

CLERK OF COURT

02/13/2026                                                      *Debra Humphries*
Date                                                             Signature of Clerk or Deputy Clerk